

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Hunt County Appraisal District, Appellant

No. 06-14-00024-CV     v.

Horizons Ahead, LLC, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 79223). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Carter* participating.     Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render judgment in favor of Hunt County Appraisal District.

We further order that the appellee, Horizons Ahead, LLC, pay all costs of this appeal.

RENDERED JANUARY 9, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk